IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC CORNETT, | : | |
| Plaintiff, | : | Case No. 2:18-cv-00840 |
| v. | : | Judge James L. Graham |
| CITY OF COLUMBUS, OHIO, *et al.*, | : | Magistrate Judge Elizabeth Preston Deavers |
| Defendant. | : | |

## STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff and Defendants hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action is dismissed without prejudice as to all claim, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

/s/ Charles A. McKinney *(per consent)*
Charles A. McKinney (0039214)
Law Offices of Charles McKinney
118 West Fifth Street, Suite 618
Dayton, OH 45402
Phone: (937) 461-9000
Fax: (937) 461-9640
Charles@charlesmckinney.com
*Attorney for Plaintiff*

/s/ Richard N. Coglianese
Richard N. Coglianese (0066830)
Cynthia L. Peterson (0065133)
Assistant City Attorneys
77 N. Front Street, 4th Floor
Columbus, Ohio 43215
Phone: (614) 645-7385
Fax: (614) 645-6949
rncoglianese@columbus.gov
clpeterson@columbus.gov
*Attorneys for Defendants*